Hon. Judge Ricardo S. Martinez

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEFFREY KNAPP, | ) |
| | ) Case No.: 2:15-CV-1769-RSM |
| Plaintiff, | ) |
| | ) STIPULATED NOTICE OF |
| vs. | ) VOLUNTARY DISMISSAL |
| | ) PURSUANT TO FRCP 41(a)(1)(A)(ii) |
| JOHN REID, and SUTTELL, | ) |
| HAMMER & WHITE, P.S., a | ) |
| Washington corporation, | ) |
| | ) |
| Defendant. | ) |

NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO FRCP 41(a)(1)(A)(ii)

Pursuant to FRCP 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Jeffrey Knapp and Defendants John Reid and Suttell, Hammer & White, P.S., through their designated counsel of record, hereby stipulate and agree that the above-captioned action be dismissed with prejudice pursuant to FRCP 41(a)(1), and without costs or attorney fees to either party.

STIPULATED NOTICE OF
VOLUNTARY DISMISSAL - 1

2:15-CV-1769-RSM

Kirk D. Miller, P.S.
421 W. Riverside Ave. Suite 660
Spokane, WA 99201
(509)413-1494 Telephone

DATED this 9th day of August, 2016.

| Kirk D. Miller, P.S. | Davis Wright Tremaine LLP |
|---|---|
| /s Kirk D. Miller<br>Kirk D. Miller, WSBA #40025<br>Attorney for Plaintiff | /s Brad Fisher<br>Brad Fisher, WSBA #19895<br>Attorney for Defendants |

CM/ECF CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of August, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Kirk D. Miller         kmiller@millerlawspokane.com

Bradley Fisher         bradfisher@dwt.com

Kirk D. Miller, P.S.

/s Kirk D. Miller
Kirk D. Miller, WSBA #40025
Attorney for Plaintiff

STIPULATED NOTICE OF VOLUNTARY DISMISSAL - 2

2:15-CV-1769-RSM

Kirk D. Miller, P.S.
421 W. Riverside Ave. Suite 660
Spokane, WA 99201
(509)413-1494 Telephone